TROUTMAN SANDERS LLP
Kevin F. Kieffer, Bar No. 192193
kevin.kieffer@troutman.com
Dustin H. Thai, Bar No. 293916
dustin.thai@troutman.com
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone: 949.622.2700
Facsimile:  949.622.2739

*Attorneys for Defendant*
Navigators Specialty Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RONALD MAYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York Corporation<br><br>Defendant. | Case No.  2:18-cv-7338<br><br>**DEFENDANT NAVIGATORS SPECIALTY INSURANCE COMPANY'S NOTICE OF REMOVAL** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE THAT Defendant Navigators Specialty Insurance Company ("Navigators") hereby removes to this Court the action commenced on July 3, 2018 in the Superior Court of the State of California, County of Los Angeles, entitled *Mayer v. Navigators Specialty Insurance Company,* Case No. BC712415 (the "State Court Proceeding").  Removal of this action based on diversity jurisdiction is proper for the following reasons:

36163824

**TIMELINESS**

1.     Plaintiff Ronald Mayer ("Plaintiff") filed the Complaint in the State Court Proceeding on July 3, 2018.  While Plaintiff filed the First Amended Complaint in the State Court Proceeding on July 11, 2018, Plaintiff never served Navigators with the original Complaint or original Summons.  *See* concurrently filed Declaration of Dustin H. Thai (the "Thai Dec."), ¶ 2, Ex. 1.

2.     Plaintiff served Navigators with process in the State Court Proceeding for the first time by mailing the Summons and First Amended Complaint by certified mail on July 12, 2018, pursuant to Cal. Code Civ. Proc. § 415.40, which became effective on July 22, 2018.  *See* Thai Dec., ¶ 3, Ex. 2.  Removal is timely under 28 U.S.C. § 1446(b) in that removal is sought within thirty (30) days after service of the First Amended Complaint was effected pursuant to Cal. Code Civ. Proc. § 415.40.  *See, e.g., Friedman v. Conair Corp.*, No. LA CV11-04156 JAK (PJWx), 2011 U.S. Dist. LEXIS 165072, at *1, *4-9 (C.D. Cal. July 12, 2011) (finding 10-day grace period set forth in Cal. Code Civ. Proc. § 415.40 applied in calculating the deadline for the filing of a notice of removal of the action pursuant to 28 U.S.C. § 1446 (b)); *Medrano v. Genco Supply Chain Sols.*, No. 1:10-cv-01555-LJO-SKO, 2011 U.S. Dist. LEXIS 2315, at *46-51 (E.D. Cal. Jan. 10, 2011) (applying 10-day grace period associated with Cal. Civ. Proc. Code § 415.20(b) in calculating deadline for the filing of a notice of removal of the action).

**SUBJECT MATTER JURISDICTION ON THE BASIS OF
DIVERSITY OF CITIZENSHIP EXISTS**

3.     The State Court Proceeding is a civil action over which this Court has jurisdiction under the provisions of 28 U.S.C. § 1332, and which may be removed to this Court by Navigators pursuant to the provisions of 28 U.S.C. § 1441(b), on diversity of citizenship in that it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, as set forth more fully below.

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

<u>There is Complete Diversity of Citizenship</u>

4.    Defendant Navigators Specialty Insurance Company is, and at all relevant times was, a corporation organized and existing under the laws of the State of New York with its principal place of business in Stamford, Connecticut.  *See* First Amended Complaint, Ex. B hereto at ¶ 1; *see also* Thai Dec., ¶ 4, Ex. 3.

5.    Plaintiff Ronald Mayer is, and at all relevant times was, an individual and citizen of the State of California.  *See* First Amended Complaint, Ex. B hereto, Civil Case Cover Sheet Addendum and Statement of Location at p. 4; *see also* Amended Civil Case Cover Sheet Addendum and Statement of Location, Ex. C hereto, at p. 4; *see also* Thai Dec., ¶¶ 5-6, Ex. 4-5.

6.    Based on the foregoing, there is, and at all relevant times was, complete diversity of citizenship between Plaintiff, on the one hand, and Navigators, on the other hand.

<u>The Amount in Controversy</u>

7.    The amount in controversy in this matter exceeds the sum of $75,000, exclusive of interest and costs, as set forth below.

8.    In the First Amended Complaint, Plaintiff seeks $130,055.30, an amount exceeding the jurisdictional minimum of the Court, which Plaintiff alleges remains owing from Navigators pursuant to an agreement entered into between Plaintiff and Navigators, among others, on or about July 25, 2017.  *See* First Amended Complaint, Ex. B hereto at ¶¶ 10, BC-1, BC-4.

9.    Based on the above facts, it is apparent that the amount in controversy in this matter exceeds $75,000, exclusive of interest and costs.

**PROCESS**

10.    True and correct copies of the following documents are attached to this Notice of Removal:

**Exhibit A:**  Unserved Summons and Original Complaint

**Exhibit B:**  Summons and First Amended Complaint

36163824                                                          - 3 -

**Exhibit C:** Amended Civil Case Cover Sheet Addendum and Statement of Location

**Exhibit D**: Navigators' Answer to First Amended Complaint

These documents constitute the entire process and pleadings filed in the State Court Proceeding.

11. Written notice of the filing of this Notice of Removal has been given to all adverse parties and a copy has been filed with the Clerk of the Superior Court of the State of California, County of Los Angeles, in accordance with the provisions of 28 U.S.C. § 1446(d).

WHEREFORE, Navigators prays that this action in the Superior Court of California for the County of Los Angeles be removed to this Court.

Dated:    August 21, 2018                    Respectfully submitted,

                                             TROUTMAN SANDERS LLP


                                             By: */s/ Kevin F. Kieffer*
                                                 Kevin F. Kieffer
                                                 Dustin H. Thai

                                                 *Attorneys for Defendant*
                                                 Navigators Specialty Insurance
                                                 Company

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

36163824                                     - 4 -