TROUTMAN SANDERS LLP
Kevin F. Kieffer, Bar No. 192193
kevin.kieffer@troutman.com
Dustin H. Thai, Bar No. 293916
dustin.thai@troutman.com
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone: 949.622.2700
Facsimile:  949.622.2739

*Attorneys for Defendant*
Navigators Specialty Insurance Company

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| RONALD MAYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York Corporation<br><br>Defendant. | Case No.  2:18-cv-7338<br><br>**DECLARATION OF DUSTIN H. THAI IN SUPPORT OF NAVIGATORS SPECIALTY INSURANCE COMPANY'S NOTICE OF REMOVAL** |

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

36163978v1

I, Dustin H. Thai, declare as follows:

1.      I am an attorney with the law firm of Troutman Sanders LLP, counsel for defendant Navigators Specialty Insurance Company ("Navigators") in this action.  I have personal knowledge as to all matters set forth herein, and if called to testify as a witness, I could and would do so.  I submit this declaration in support of Navigators' Notice of Removal.

2.      Through an email dated August 21, 2018, Plaintiff Ronald Mayer's counsel of record, Jacob Unger, advised my office that Plaintiff had not served the original Summons or original Complaint filed by Plaintiff in the state court proceeding captioned *Mayer v. Navigators Specialty Insurance Company,* Case No. BC712415 (Los Angeles, Superior Ct.) (the "State Court Proceeding").  Attached hereto as Exhibit "1" is a true and correct copy of the August 21, 2018 email sent by Mr. Unger.

3.      During a telephone call on August 7, 2018 between Mr. Unger and myself, Mr. Unger advised that Plaintiff first served Navigators in the State Court Proceeding, pursuant to Cal. Code Civ. Proc. § 415.40, by a certified mailing on July 12, 2018, to an out of state addressee.  In a follow up email from Mr. Unger on August 20, 2018, Mr. Unger confirmed that Navigators was first served in the State Court Proceeding with the service of the Summons and First Amended Complaint, served pursuant to Cal. Code Civ. Proc. § 415.40, by a certified mailing on July 12, 2018, to an out of state addressee.  Attached hereto as Exhibit "2" is a true and correct copy of the August 20, 2018 email sent by Mr. Unger.

4.      Attached hereto as Exhibit "3" is a true and correct copy of the business search results for Navigators from the New York Department of Financial Services' website showing that Navigators is incorporated in New York and maintains its principal place of business in Stamford, Connecticut.

5.      Attached hereto as Exhibit "4" is a true and correct copy of a Westlaw individual persons search for Plaintiff, which is redacted for privacy reasons,

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

36163978v1                                      - 2 -

showing that Plaintiff is a citizen of California and resident of Los Angeles, California.

6.     The address listed on Plaintiff's Amended Civil Case Cover Sheet Addendum and Statement of Location, which was filed on July 11, 2018 in the State Court Proceeding, is 100 S. Citrus Ave., Los Angeles, CA 90036 and is also listed as an address for Plaintiff in Exhibit "4." Attached hereto as Exhibit "5" is a true and correct copy of Plaintiff's Amended Civil Case Cover Sheet Addendum and Statement of Location.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 21, 2018 at Irvine, California.

_____
Dustin H. Thai

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

36163978v1                              - 3 -