TROUTMAN SANDERS LLP
Kevin F. Kieffer, Bar No. 192193
kevin.kieffer@troutman.com
Dustin H. Thai, Bar No. 293916
dustin.thai@troutman.com
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone: 949.622.2700
Facsimile:  949.622.2739

*Attorneys for Defendant*
Navigators Specialty Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RONALD MAYER, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York Corporation<br><br>        Defendant. | Case No.  2:18-cv-7338<br><br>**PROOF OF SERVICE** |

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

36163978v1

**PROOF OF SERVICE BY MAIL**

I, Felisa H. Lybarger, declare:

I am a citizen of the United States and employed in Orange County, CA.  I am over the age of 18 and not a party to the within action; my business address is 5 Park Plaza, Suite 1400, Irvine, CA  92614-2545.

I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.  On August 21, 2018, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

1.   NAVIGATORS SPECIALTY INSURANCE COMPANY'S NOTICE OF REMOVAL

2.   DECLARATION OF DUSTIN H. THAI IN SUPPORT OF NAVIGATORS SPECIALTY INSURANCE COMPANY'S NOTICE OF REMOVAL

3.   CERTIFICATE OF INTERESTED PARTIES

in a sealed envelope, postage fully paid, addressed as follows:

Jacob Unger                                          Attorney for plaintiff,
12643 Emelita Street                            Ronald Mayer
Valley Village, CA 90167


Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  Executed on August 21, 2018, at Irvine, CA.

_____
                         Felisa H. Lybarger

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

36205803v1