Jacob Unger (CBN 301689)
Joseph Socher (CBN 241344)
5404 Whitsett Ave., Suite 182
Valley Village, CA 91607
Telephone: (818) 960-0295

Attorneys for Plaintiff,
RONALD MAYER, an individual

TROUTMAN SANDERS LLP
Kevin F. Kieffer, Bar No. 192193
kevin.kieffer@troutman.com
Dustin H. Thai, Bar No. 293916
dustin.thai@troutman.com
5 Park Plaza
Suite 1400
Irvine, CA  92614-2545
Telephone:   949.622.2700
Facsimile:    949.622.2739

Attorneys for Defendant
Navigators Specialty Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| RONALD MAYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation, and Does 1-10,<br><br>Defendants. | **CASE NO. 2:18-cv-07338**<br><br>Case assigned for all purposes to the Hon. Manuel L. Real<br><br>**JOINT STIPULATION OF THE PARTIES AND REQUEST FOR LEAVE TO FILE SECOND AMENDED COMPANY AND TO REMAND REMOVED ACTION; [PROPOSED] ORDER** |

1

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

RONALD MAYER, an individual ("Plaintiff"), and NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation ("Defendant"), by and through their respective counsel of record do jointly stipulate to the following:

1. This action was originally filed on July 3, 2018, in state court, the Superior Court of California, County of Los Angeles Case No. BC712415, and on July 11, 2018, Plaintiff filed the First Amended Complaint ("FAC").

2. Defendant removed this case to federal court on or about August 21, 2018, pursuant to 28 U.S.C. § 1446(b), based on diversity of citizenship of the Parties.

3. The Parties desire that the Court grant Plaintiff leave to amend the FAC and file the Second Amended Complaint ("SAC"), a copy of which is attached as Exhibit A.

4. Pursuant to the SAC, the amount in controversy does not exceed $75,000.00, making it appropriate to remand this case back to state court, and Plaintiff has agreed to cap his claimed damages to $75,000.00, and has further agreed not to join any other plaintiff that would claim damages that would exceed the total $75,000.00 in claimed damages alleged in the SAC.

5. The state court, the Superior Court of California, County of Los Angeles Case No. BC712415, has been advised of the Parties' stipulation and has set a Case Management Conference for May 20, 2019 in anticipation of the remand of this case.

6. WHEREFORE, the Parties hereby stipulate that (a) the Court grant Plaintiff leave to amend the FAC and file the SAC, and (b) good cause exists to remand this case back to state court, Superior Court of California, County of Los Angeles Case No. BC712415.

Dated: May 3, 2019                    **LAW OFFICE OF JACOB UNGER**


By: _____
    Jacob Unger,
    Attorney for Plaintiff,
    Ronald Mayer


Dated: May 3, 2019                    **TROUTMAN SANDERS LLP**


By: _/s/ Dustin Thai_____
    Kevin F. Kieffer
    Dustin H. Thai
    Attorneys for Defendant
    Navigators Specialty Insurance
    Company

Joint Stipulation; [Proposed] Order

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| RONALD MAYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation, and Does 1-10,<br><br>Defendants. | **CASE NO. 2:18-cv-07338**<br><br>Case assigned for all purposes to the Hon. Manuel L. Real<br><br>**[PROPOSED] ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court, having reviewed the joint stipulation of the Parties, and finding good cause therefor, makes the following ORDER:

1. The Plaintiff is hereby granted leave to file the Second Amended Complaint, which is deemed filed as of this date.

2. Being that the amount in controversy pursuant to the Second Amended Complaint does not exceed $75,000.00, and given that Plaintiff has agreed to cap his claimed

4

damages to $75,000.00, and has further agreed not to join any other plaintiff that would claim damages that would exceed the total $75,000.00 in claimed damages alleged in the SAC, this matter is hereby REMANDED to the Superior Court of California, County of Los Angeles Case No. BC712415.

3. All other matters currently scheduled in this federal action are hereby advanced to this date and vacated.

SO ORDERED.

Dated: _____, 2019          _____

Honorable Manuel L. Real
United States District Judge

Joint Stipulation; [Proposed] Order

## Exhibit "A"

Second Amended Complaint

[See Attached]

JACOB UNGER (State Bar No. 301689)
  junger@jacobungerlaw.com
JOSEPH S. SOCHER (State Bar No. 241344)
  jss@socherlaw.com
LAW OFFICE OF JACOB UNGER
5404 Whitsett Ave., Suite 182
Valley Village, CA 91607
Telephone:    (818) 960-0295
Facsimile:    (818) 960-0296

Attorney for Plaintiff,
Ronald Mayer, an individual

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| RONALD MAYER, an individual, | Case No.  2:18-cv-07338-R-KS |
| Plaintiff, | Hon. Manuel L. Real |
| v. | |
| NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation, and DOES 1 – 10, | **SECOND AMENDED COMPLAINT FOR BREACH OF CONTRACT** |
| Defendant. | Trial Date: August 27, 2019 |

Plaintiff, RONALD MAYER, an individual ("Plaintiff"), alleges as follows:

## GENERAL ALLEGATIONS

1.      Plaintiff RONALD MAYER, an individual ("Plaintiff") is and at all times herein mentioned was an individual residing in the County of Los Angeles, State of California.

2.      Plaintiff is informed and believes, and on that basis alleges, that defendant

NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation ("Defendant"), duly formed and existing under and by virtue of the laws of the State of New York and conducted business in the County of Los Angeles, State of California.

3. The true names and capacities of DOES 1 through 10, inclusive, whether individual, corporate, associate or otherwise, are unknown to Plaintiff at this time, who therefore sues said defendants by such fictitious names, and when the true names and capacities of such defendants are ascertained, Plaintiff will ask leave of Court to amend this complaint to insert the same.

4. Plaintiff is informed and believes, and on that basis alleges, that each defendant named in this complaint was, at all times herein mentioned, and now is, the agent and employee of each of the other defendants herein, and was at all times acting within the course and scope of said agency and employment.

5. Plaintiff alleges that the obligations sued upon herein was incurred and agreed to be performed in the County of Los Angeles, State of California.

## FIRST CAUSE OF ACTION

### (Breach of Contract Against All Defendants)

6. Defendant issued Errors and Omissions Insurance Policy No. F11MPL004156IC to Healthcare Industry Self Insurance Program of California, Inc. ("HISIP") (the "Policy").

7. In connection with certain actions filed against HISIP (the "Underlying Actions"), Plaintiff and other third parties, Plaintiff incurred attorneys' fees and costs which Defendant was required to reimburse Plaintiff for pursuant to the Policy.

8. Defendant reimbursed Plaintiff for some of the costs incurred by Plaintiff in connection with the Underlying Actions, however Defendant failed and refused to reimburse Plaintiff for the remainder of the costs incurred by Plaintiff in connection with the Underlying Actions.

9. On or about July 26, 2017, Plaintiff, Defendant and certain other third parties entered into that certain Settlement Agreement and Release of Claims (the "Settlement

Agreement").

10.     Pursuant to Section 8(c) of the Settlement Agreement, Defendant agreed to reimburse Plaintiff and the other individual defendants in the Underlying Actions for all attorneys' fees and costs incurred by Plaintiff in connection with the defense of the Underlying Actions up to April 18, 2016.

11.     Further, pursuant to Section 8(d) of the Settlement Agreement, Defendant Agreed to reimburse Plaintiff and the other individual defendants in the Underlying Actions for all costs and expenses incurred from and after April 19, 2016, for purposes of finalizing the settlement of the Underlying Action, except for fees and expenses incurred between $50,000.00 and $75,000.00.

12.     Plaintiff incurred the amount of $30,084.71 in connection with the defense of the Underlying Actions up to April 18, 2016, which Defendant is obligated to reimburse Plaintiff for the entire amount in accordance with Section 8(c) of the Settlement Agreement.

13.     Further, not including fees and expenses incurred between $50,000.00 and $75,000.00 by the individual defendants in the Underlying Actions, Plaintiff incurred the amount of $31,330.08 in connection with finalizing the settlement of the Underlying Actions., which Defendant is obligated to reimburse Plaintiff for in accordance with Section 8(d) of the Settlement Agreement.

14.     Despite multiple demand by Plaintiff, Defendant failed and refused to reimburse Plaintiff for the foregoing amounts, which Defendant was required to reimburse Plaintiff for pursuant to the Settlement Agreement.

15.     As a direct and proximate result of Defendant's breach and failure to perform its obligations under the Settlement Agreement, Plaintiff has incurred damages, in an amount of $61,414.79.

>>>

>>>

**WHEREFORE**, Plaintiff prays for judgment against Defendants, and each of them, as follows:

## ON ALL CAUSES OF ACTION

1.  For a judgment against Defendants in the amount of **$61,414.79**;

2.  For judgment against Defendants for costs of the suit incurred herein;

3.  For reasonable attorney's fees, costs and expenses;

4.  For interest that has accrued and/or may accrue in the future, at the maximum rate allowed by law; and

5.  For such other and further relief as the Court may deem just and proper.

DATED: ___May 3_____, 2019          LAW OFFICE OF JACOB UNGER

By: _____
    Jacob Unger, Attorney for Plaintiff,
    Ronald Mayer, an individual

-4-
SECOND AMENDED COMPLAINT