JACOB UNGER (State Bar No. 301689)
   junger@jacobungerlaw.com
JOSEPH S. SOCHER (State Bar No. 241344)
   jss@socherlaw.com
LAW OFFICE OF JACOB UNGER
5404 Whitsett Ave., Suite 182
Valley Village, CA 91607
Telephone:    (818) 960-0295
Facsimile:    (818) 960-0296

Attorney for Plaintiff,
Ronald Mayer, an individual

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RONALD MAYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation, and DOES 1 – 10,<br><br>Defendant. | Case No.  2:18-cv-07338-R-KS<br><br>Hon. Manuel L. Real<br><br>**SECOND AMENDED COMPLAINT FOR BREACH OF CONTRACT**<br><br>Trial Date: August 27, 2019 |

Plaintiff, RONALD MAYER, an individual ("Plaintiff"), alleges as follows:

## GENERAL ALLEGATIONS

1.    Plaintiff RONALD MAYER, an individual ("Plaintiff") is and at all times herein mentioned was an individual residing in the County of Los Angeles, State of California.

2.    Plaintiff is informed and believes, and on that basis alleges, that defendant

NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation ("Defendant"), duly formed and existing under and by virtue of the laws of the State of New York and conducted business in the County of Los Angeles, State of California.

3. The true names and capacities of DOES 1 through 10, inclusive, whether individual, corporate, associate or otherwise, are unknown to Plaintiff at this time, who therefore sues said defendants by such fictitious names, and when the true names and capacities of such defendants are ascertained, Plaintiff will ask leave of Court to amend this complaint to insert the same.

4. Plaintiff is informed and believes, and on that basis alleges, that each defendant named in this complaint was, at all times herein mentioned, and now is, the agent and employee of each of the other defendants herein, and was at all times acting within the course and scope of said agency and employment.

5. Plaintiff alleges that the obligations sued upon herein was incurred and agreed to be performed in the County of Los Angeles, State of California.

## FIRST CAUSE OF ACTION

### (Breach of Contract Against All Defendants)

6. Defendant issued Errors and Omissions Insurance Policy No. F11MPL004156IC to Healthcare Industry Self Insurance Program of California, Inc. ("HISIP") (the "Policy").

7. In connection with certain actions filed against HISIP (the "Underlying Actions"), Plaintiff and other third parties, Plaintiff incurred attorneys' fees and costs which Defendant was required to reimburse Plaintiff for pursuant to the Policy.

8. Defendant reimbursed Plaintiff for some of the costs incurred by Plaintiff in connection with the Underlying Actions, however Defendant failed and refused to reimburse Plaintiff for the remainder of the costs incurred by Plaintiff in connection with the Underlying Actions.

9. On or about July 26, 2017, Plaintiff, Defendant and certain other third parties entered into that certain Settlement Agreement and Release of Claims (the "Settlement

Agreement").

10.   Pursuant to Section 8(c) of the Settlement Agreement, Defendant agreed to reimburse Plaintiff and the other individual defendants in the Underlying Actions for all attorneys' fees and costs incurred by Plaintiff in connection with the defense of the Underlying Actions up to April 18, 2016.

11.   Further, pursuant to Section 8(d) of the Settlement Agreement, Defendant Agreed to reimburse Plaintiff and the other individual defendants in the Underlying Actions for all costs and expenses incurred from and after April 19, 2016, for purposes of finalizing the settlement of the Underlying Action, except for fees and expenses incurred between $50,000.00 and $75,000.00.

12.   Plaintiff incurred the amount of $30,084.71 in connection with the defense of the Underlying Actions up to April 18, 2016, which Defendant is obligated to reimburse Plaintiff for the entire amount in accordance with Section 8(c) of the Settlement Agreement.

13.   Further, not including fees and expenses incurred between $50,000.00 and $75,000.00 by the individual defendants in the Underlying Actions, Plaintiff incurred the amount of $31,330.08 in connection with finalizing the settlement of the Underlying Actions., which Defendant is obligated to reimburse Plaintiff for in accordance with Section 8(d) of the Settlement Agreement.

14.   Despite multiple demand by Plaintiff, Defendant failed and refused to reimburse Plaintiff for the foregoing amounts, which Defendant was required to reimburse Plaintiff for pursuant to the Settlement Agreement.

15.   As a direct and proximate result of Defendant's breach and failure to perform its obligations under the Settlement Agreement, Plaintiff has incurred damages, in an amount of $61,414.79.

>>>

>>>

**WHEREFORE**, Plaintiff prays for judgment against Defendants, and each of them, as follows:

### ON ALL CAUSES OF ACTION

1. For a judgment against Defendants in the amount of **$61,414.79**;

2. For judgment against Defendants for costs of the suit incurred herein;

3. For reasonable attorney's fees, costs and expenses;

4. For interest that has accrued and/or may accrue in the future, at the maximum rate allowed by law; and

5. For such other and further relief as the Court may deem just and proper.

DATED: ___May 3_____, 2019        LAW OFFICE OF JACOB UNGER

By: _____

Jacob Unger, Attorney for Plaintiff,
Ronald Mayer, an individual

-4-
SECOND AMENDED COMPLAINT