JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RONALD MAYER, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation, and Does 1-10,<br><br>        Defendants. | **CASE NO. 2:18-CV-07338-R-KS**<br><br>Case assigned for all purposes to the Hon. Manuel L. Real<br><br>**ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court, having reviewed the joint stipulation of the Parties, and finding good cause therefor, makes the following ORDER:

1. The Plaintiff is hereby granted leave to file the Second Amended Complaint, which is deemed filed as of this date.

2. Being that the amount in controversy pursuant to the Second Amended Complaint does not exceed $75,000.00, and given that Plaintiff has agreed to cap his claimed

damages to $75,000.00, and has further agreed not to join any other plaintiff that would claim damages that would exceed the total $75,000.00 in claimed damages alleged in the SAC, this matter is hereby REMANDED to the Superior Court of California, County of Los Angeles Case No. BC712415.

3. All other matters currently scheduled in this federal action are hereby advanced to this date and vacated.

SO ORDERED.

Dated: June 17, 2019   _____

Honorable Manuel L. Real
United States District Judge